**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:  Docket Number 2019-CA-0552

Ronald Hicks

- - Versus - -

USAA General Indemnity Company, Robert L. Harger, Jr.,
R.L. Harger and Associates, Inc. and Harger and Company,
Inc.

18th Judicial District Court
Case #: 47326
Pointe Coupee Parish

On Application for Rehearing filed on 04/06/2021 by USAA General Indemnity, et al

Rehearing _____ denied _____

*McClendon, J. would grant the Rehearing.*

_____
Page McClendon

_____
Jewel E. "Duke" Welch

_____
Mitchell R. Theriot

*Holdridge, J, would grant Re-hearing*

_____
Guy Holdridge

_____
Elizabeth Wolfe

Date ___MAY 17 2021_____

_____
Rodd Naquin, Clerk